EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br>Ramón Colón Olivo | 2016 TSPR 204<br><br>196 DPR ____ |
| --- | --- |

Número del Caso: TS-9,069

Fecha: 21 de septiembre de 2016

Abogado del Peticionario:

       Por derecho propio

Materia: Reinstalación al ejercicio de la notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Ramón Colón Olivo                TS-9,069

RESOLUCIÓN

San Juan, Puerto Rico, a 21 de septiembre de 2016.

Examinada la *Solicitud de Reinstalación a la Práctica Notarial*, se reinstala al Lcdo. Ramón Colón Olivo al ejercicio de la notaría, una vez acredite el pago de la fianza notarial.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Jueza Presidenta Oronoz Rodríguez proveería no ha lugar. El Juez Asociado señor Martínez Torres hace constar la siguiente expresión: "Disiento respetuosamente del curso de acción tomado por este Tribunal al reinstalar al Lcdo. Ramón Colón Olivo al ejercicio de la notaría. Nuestra facultad inherente para reglamentar la notaría conlleva velar que quien pretenda ejercer esta profesión **esté capacitado y apto** para cumplir fiel y cabalmente con los deberes que acarrea. Véase In re Manzano Velázquez, 177 DPR 581, 590 (2009). Nos compete, además, decidir cuándo una acción disciplinaria o medida especial ha logrado su propósito. Íd., pág. 591. El licenciado Colón Olivo fue suspendido de la notaría por no ser responsivo a los requerimientos que le hizo este Tribunal. In re Colón Olivo, 187 DPR 659,

664 (2013). No obstante, a pesar de su suspensión, el licenciado Colón Olivo incumplió nuevamente con todas las órdenes que emitió este Tribunal y la Oficina de Inspección de Notarías (ODIN) para que subsanara las deficiencias señaladas en su obra notarial una vez le fue incautada. Su desidia frente a nuestra órdenes fue de tal magnitud que a la ODIN no le quedó más remedio que **aprobar su obra protocolar con deficiencias**. Al reinstalar al ejercicio de la notaría a un letrado que llevó una obra notarial deficiente que nunca subsanó y que exhibió un comportamiento de indisciplina, desobediencia, falta de respeto y contumacia hacia este Tribunal, premiamos la irresponsabilidad y permitimos que una persona que demostró que no está apta ejerza la notaría".


                                    Juan Ernesto Dávila Rivera
                                    Secretario del Tribunal Supremo